1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUNE KOH,

                    Plaintiff,

    v.

DR. MAYA SARDESAI, et al.,

                    Defendants.

CASE NO. C15-0418-RAJ-MAT

ORDER GRANTING DEFENDANT
JOHN DOE'S MOTION TO DISMISS

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, plaintiff's objections thereto, and the remaining record, does hereby find and Order:

(1)      The Court adopts the Report and Recommendation;

(2)      Defendant John Doe's motion to dismiss (Dkt. 25) is GRANTED.  John Doe is entitled to (a) summary judgment with respect to plaintiff June Koh's claims that (i) John Doe and/or other unnamed Jail Health Services ("JHS") staff members were deliberately indifferent to a serious medical need of Mr. Koh's, and (ii) John Doe and/or other unnamed JHS staff members are liable for the deliberately indifferent medical care Mr. Koh received from Dr. Maya Sardesai at Harborview Medical Center; and (b) dismissal for failure to state a claim upon which

ORDER GRANTING DEFENDANT
JOHN DOE'S MOTION TO DISMISS
PAGE - 1

1    relief may be granted with respect to Mr. Koh's request that the Court order the state and federal

2    governments to create a national healthcare system for prisoners;

3           (3)     The only claim remaining in this lawsuit is Mr. Koh's claim that Dr. Sardesai

4    violated his Eighth Amendment rights under the deliberate indifference standard; and

5           (4)     The Clerk is directed to send copies of this Order to the parties and to Judge

6    Theiler.

7           DATED this 2nd day of September, 2015.

8

9

10                                              _____

11                                              The Honorable Richard A. Jones
                                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANT
JOHN DOE'S MOTION TO DISMISS
PAGE - 2