UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUNE KOH,

           Plaintiff,

    v.

DR. MAYA SARDESAI, et al.,

           Defendants.

CASE NO. C15-0418-RAJ

ORDER OF DISMISSAL

    The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant Maya Sardesai's motion for summary judgment (Dkt. 39) is GRANTED;

    (3)    Plaintiff June Koh's "Motion to Shorten Time" (Dkt. 56) is DENIED;

    (4)    This action is DISMISSED with prejudice; and

    (5)    The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

    DATED this 1st day of December, 2015.

                                           The Honorable Richard A. Jones
                                           United States District Court